155 So. 923

## Bonnie ROMINE v. STATE.
### 8 Div. 927.

Court of Appeals of Alabama.
May 22, 1934.

SAMFORD, Judge.
Appeal dismissed.

162 So. 925

## Pat ROUSE v. STATE.
### 1 Div. 207.

Court of Appeals of Alabama.
July 30, 1935.

PER CURIAM.
Appeal dismissed on motion of appellant.

160 So. 923

## Linktom RUSSELL v. STATE.
### 8 Div. 46.

Court of Appeals of Alabama.
March 19, 1935.

SAMFORD, Judge.
Affirmed.

157 So. 922

## Frank RYLES v. STATE.
### 4 Div. 73.

Court of Appeals of Alabama.
Nov. 13, 1934.

RICE, Judge.
Appeal dismissed.

155 So. 923

## Ella SALES v. STATE.
### 8 Div. 933.

Court of Appeals of Alabama.
June 5, 1934.

F. S. Parnell, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, Judge.

It is sufficient, in disposing of this appeal, to say that the court has examined the proceedings, including the bill of exceptions, sitting en banc, and that it is our opinion that there is no testimony tending to show the violation of any law.

To the contrary, the state's testimony shows that no law was violated. It should have been excluded upon appellant's motion, duly made.

For the error committed in overruling said motion, the judgment of conviction is reversed; and, it appearing as aforesaid herein, it is ordered that appellant be discharged.

Reversed and rendered.

159 So. 920

## R. W. SANDERS v. STATE.
### 8 Div. 17.

Court of Appeals of Alabama.
Feb. 19, 1935.

RICE, Judge.
Affirmed.

154 So. 924

## Andrew SARGENT v. STATE.
### 6 Div. 579.

Court of Appeals of Alabama.
May 8, 1934.

SAMFORD, Judge.
Appeal dismissed.